PETER ALEXANDER, as Trustee in Bankruptcy of WILLIAM R. SMITH, Doing Business as WORTHINGTON, SMITH & Co., Appellant, *v.* THE FOURTEENTH STREET BANK, Respondent.

*Alexander* v. *Fourteenth Street Bank*, 105 App. Div. 642, affirmed.
(Argued April 24, 1906; decided May 8, 1806.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June

20, 1905, affirming a judgment in favor of defendant entered upon a decision of the court at a Trial Term without a jury in an action to recover the proceeds of certain checks.

*William C. Rosenberg* for appellant.

*Rollin M. Morgan* and *Richard H. Mitchell* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ.